KIRK RUTHERFORD, Respondent, v SPENCER SPEEDWAY, INC. et al., Appellants. [947 NYS2d 353]

Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.